UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:05CV2029 CDP |
| | ) | |
| YUM RESTAURANT SERVICES | ) | |
| GROUP, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This case is set for trial on January 29, 2007, and the parties' pretrial submissions are due on January 9. Defendants filed a motion on December 11, 2006, requesting an extension of time to complete discovery. Because the request looked like it would affect the trial date, I held a telephone conference with both counsel today. As I told counsel on the phone,

**IT IS HEREBY ORDERED** that plaintiff shall file a response to the defendants' motion no later than **Friday, December 15, 2006**. Defendants will have two business days to file a reply brief, if they wish to do so. Therefore, if plaintiff files her response on Friday, defendants will have until Tuesday to respond. If plaintiff files her response on Thursday, however, defendants must file any reply brief by Monday. I will rule on the motion promptly upon receiving the

briefs.

In the telephone conversation defense counsel clarified that he has accepted service of process for defendant Taco Bell of America, Inc. (on whose behalf he has already filed at least two documents). He acknowledged the court's earlier order that an answer has not been filed. As service has been perfected,

**IT IS FURTHER ORDERED** that the deadline of **December 18, 2006** for filing answers to the amended complaint applies to both defendants, and both defendants must answer no later than that date.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 13th day of December, 2006.