UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN HARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:05CV2029 CDP |
| | ) |
| YUM RESTAURANT SERVICES | ) |
| GROUP, INC. d/b/a TACO BELL, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before me on defendants' motion to amend the case management order. Following my telephone status conference with counsel and my review of the briefs submitted on this issue,

**IT IS HEREBY ORDERED** that defendants' motion to amend the case management order [#19] is **granted only as follows**: defendants may disclose an expert witness by **January 2, 2007** and have the deposition of the expert witness completed by **January 15, 2007**. **However, defendants' expert may not conduct a medical examination of plaintiff.**

**IT IS FURTHER ORDERED** that **the trial of this matter remains set for January 29, 2007, and pretrial submissions are due on January 9, 2007 as**

**previously ordered, except that defendants may supplement their pretrial submissions with expert deposition designations by no later than January 22, 2007.**

                                    _____
                                    CATHERINE D. PERRY
                                    UNITED STATES DISTRICT JUDGE

Dated this 19th day of December, 2006.